| AO 10<br>Rev. 1/2012 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2011 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Fogel, Jeremy D. | 2. Court or Organization<br><br>Federal Judicial Center | 3. Date of Report<br><br>04/11/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U. S. District Judge - active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination ☐ Date<br>☐ Initial ☑ Annual ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2011<br>to<br>12/31/2011 |
| 7. Chambers or Office Address<br><br>Federal Judicial Center<br>One Columbus Circle, N.E.<br>Washington, DC 20002-8003 | **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,<br>checking the NONE box for each part where you have no reportable information. Insert signature on last page.* | |

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust #1 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 9/30/81 | California Judicial Retirement System: entitled to approximately 61% of then-current salary of Superior Court Judge as of my 63rd birthday |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fogel, Jeremy D. | 04/11/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2011 | Los Gatos-Saratoga Joint Union High School District |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Pepperdine University Law School | 3/17/2011 | Malibu, CA | Speak at conference | Transportation and lodging |
| 2. | University of Southern California | 3/21/2011-3/22/2011 | Beverly Hills, CA | Speak at conference | Transportation and lodging |
| 3. | International Anti-Counterfeiting Coalition | 5/11/2011-5/12/2011 | San Francisco, CA | Speak at conference | Lodging |
| 4. | Intellectual Property Owners Association | 5/22/2011-5/25/2011 | Brussels, BE | International patent law conference | Transportation and lodging |
| 5. | Underwriters Laboratories | 6/13/2011-6/14/2011 | San Diego, CA | Speak at conference | Transportation and lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| Fogel, Jeremy D. | 04/11/2012 |

| 6. | American Conference Institute | 12/6/2011-12/7/2011 | San Francisco, CA | Speak at conference | Transportation and lodging |
|---|---|---|---|---|---|

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fogel, Jeremy D. | 04/11/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.   Fidelity Investments (assets listed below) | | | | | | | | | |
| 2.   --Russell Core Equity Fund Cl 1 | A | Distribution | J | T | Sold (part) | 05/04/11 | J | A | |
| 3. | | | | | Sold (part) | 08/16/11 | J | A | |
| 4. | | | | | Sold (part) | 11/15/11 | J | A | |
| 5.   --Russell Tax-Managed Lg Cap Fund | A | Distribution | K | T | Sold (part) | 05/04/11 | J | A | |
| 6. | | | | | Sold (part) | 08/16/11 | J | A | |
| 7. | | | | | Sold (part) | 11/15/11 | J | A | |
| 8.   --Russell Intl Developed Markets Fund I | A | Distribution | J | T | Sold (part) | 05/04/11 | J | A | |
| 9. | | | | | Sold (part) | 08/16/11 | J | A | |
| 10. | | | | | Sold (part) | 11/15/11 | J | A | |
| 11.   --Russell Emerging Markets | A | Distribution | J | T | Sold (part) | 05/04/11 | J | A | |
| 12. | | | | | Sold (part) | 08/16/11 | J | A | |
| 13. | | | | | Sold (part) | 11/15/11 | J | A | |
| 14.   --Russell Tax Exempt Bond | B | Dividend | K | T | Sold (part) | 05/04/11 | J | A | |
| 15. | | | | | Sold (part) | 08/16/11 | J | A | |
| 16. | | | | | Sold (part) | 11/15/11 | J | A | |
| 17.   --Fidelity Cash | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fogel, Jeremy D. | 04/11/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. --Russell Tax-Mgd Mid & Sm Cap Fund | A | Distribution | J | T | Sold (part) | 05/04/11 | J | A | |
| 19. | | | | | Sold (part) | 08/16/11 | J | A | |
| 20. | | | | | Sold (part) | 11/15/11 | J | A | |
| 21. Morgan Stanley IRA #1 (assets listed below) | | | | | | | | | |
| 22. --MSDW Liquid Asset Fund | A | Int./Div. | J | T | | | | | |
| 23. --Pioneer Mid-Cap Fund | A | Dividend | K | T | | | | | |
| 24. --Morgan Stanley Bank | A | Interest | K | T | | | | | |
| 25. --John Hancock Regional Bank B | A | Interest | J | T | | | | | |
| 26. --Unit VanKampen EAFE Select 20 Portfolio 2007-1 | A | Int./Div. | K | T | | | | | |
| 27. Morgan Stanley IRA #2 (assets listed below) | | | | | | | | | |
| 28. --MSDW Liquid Asset Fund | A | Int./Div. | J | T | | | | | |
| 29. --Morgan Stanley Bank | A | Interest | J | T | | | | | |
| 30. --MSDW Global Advantage B | A | Dividend | J | T | | | | | |
| 31. --Pioneer Mid-Cap Fund | A | Dividend | K | T | | | | | |
| 32. --John Hancock Regional Bank A | A | Interest | J | T | | | | | |
| 33. --MS Spectrum Tech | A | Dividend | J | T | | | | | |
| 34. --MS Spectrum Select | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fogel, Jeremy D. | 04/11/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Wells Fargo (formerly World Savings) IRA (CD) | A | Interest | J | T | | | | | |
| 36. Wells Fargo (formerly World Savings) IRA (CD) | A | Interest | J | T | | | | | |
| 37. Trust #1 (assets below) | | | | | | | | | |
| 38. --City National Bank Ladder Account | C | Interest | P1 | T | | | | | |
| 39. Pointright, Inc. (formerly LTCQ, Inc.) common stock | | None | K | U | | | | | |
| 40. Rental Property--Santa Clara County, CA (x) | D | Rent | P1 | W | | | | | |
| 41. Rental Property--Placer County, CA (x) | D | Rent | N | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Fogel, Jeremy D. | 04/11/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

The properties listed in Part VII at lines 36-37 were owned          previously but were not reportable because they were not rented for income. The properties became first became reportable during the 2011 reporting period, when I relocated from California to Washington, DC to become Director of the Federal Judicial Center.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **Jeremy D. Fogel**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544